**NITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Stanley A. Sansone, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:26-cv-03590 |
| | § | |
| United States Patent and Trademark Office, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' ANSWER

Defendants, by and through undersigned counsel, submit this Answer to the Complaint filed by Stanley A. Sansone. All allegations not specifically admitted are denied.

## INTRODUCTION

1. Paragraph 1 constitutes Plaintiff's characterization of this action, to which no response is required. To the extent a response is required, Defendant admits that Plaintiff purports to bring this action under the Freedom of Information Act ("FOIA") and seeks records from Defendant. The remaining allegations in this paragraph are denied.

2. Paragraph 2 consists of Plaintiff's characterization of his FOIA request, to which no response is required. To the extent a response is required, Defendant refers the Court to the request for a complete and accurate statement of their contents and otherwise denies any allegations inconsistent therewith. The remaining allegations in this paragraph are denied.

3. Denied.

4. Denied.

## JURISDICTION AND VENUE

5. The allegations concerning this Court's subject matter jurisdiction cite applicable statutes that speak for themselves. Defendants do not contest that this Court has subject matter jurisdiction over properly pleaded FOIA claims. The remaining allegations in this paragraph are denied.

6. Defendants lack knowledge or information sufficient to form a belief regarding the truth of these allegations.

## PARTIES

7. Defendants lack knowledge or information sufficient to form a belief regarding the truth of these allegations.

8. Admitted.

9. Admitted.

10. Admitted

11. Defendants lack knowledge or information sufficient to form a belief regarding the truth of these allegations.

## FACTUAL BACKGROUND

12. Admitted that Plaintiff submitted a FOIA request to the USPTO on or about February 1, 2026, and that the request was assigned a tracking or confirmation number. The remaining allegations in this paragraph are denied.

13. Admitted that FOIA contains statutory response provisions set forth in 5 U.S.C. Section 552(a)(6). The remaining allegations constitute legal conclusions or characterizations of law, which require no response. To the extent a response is required, denied.

14. Denied.

15. Denied.

16. The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is deemed necessary, denied.

17. Admitted that Plaintiff's FOIA request sought records relating to Plaintiff's patent matters. The remaining allegations in this paragraph are denied.

18. The allegations in this paragraph constitute legal conclusions to which no response is required. To the extent a response is deemed necessary, denied.

## CLAIM FOR RELIEF

19. Defendant admits that Plaintiff purports to bring this action under FOIA. The remaining allegations in this paragraph are denied.

20. Denied.

21. Denied.

## PRAYER FOR RELIEF

22. The allegations in this paragraph constitute Plaintiff's request for relief, to which no response is required. To the extent a response is deemed necessary, Defendants deny that Plaintiff is entitled to any of the relief requested.

## NOTICE OF RELATED LITIGATION AND DIRECTLY AFFECTED NON-PARTIES

23. This paragraph contains a notice by Plaintiff to which no response is required. To the extent a response is required, denied.

24. Defendants lack knowledge or information sufficient to form a belief regarding the truth of these allegations. To the extent a response is required, denied.

25. Defendants lack knowledge or information sufficient to form a belief regarding the truth of these allegations. To the extent a response is required, denied.

26. Defendants lack knowledge or information sufficient to form a belief regarding the truth of these allegations. To the extent a response is required, denied.

27. Defendants lack knowledge or information sufficient to form a belief regarding the truth of these allegations. To the extent a response is required, denied.

## DEFENSES

In further response to the Complaint, Defendants raise the following defenses. Defendants respectfully reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendants throughout the course of this litigation. Defendants do not assume the burden of proving any of these defenses or elements of them where the burden is properly placed on the Plaintiff as a matter of law.

1. Defendants conducted a reasonable action in accordance with FOIA and fulfilled all legal requirements under the statute.

2. Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exclusions or exemptions to FOIA, the Privacy Act, 5 U.S.C. § 552a, or other applicable law.

3. Plaintiff is not entitled to recover costs or attorneys' fees.

4. Plaintiff is not entitled to production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.

5. Defendants' actions did not violate FOIA or any other statutory or regulatory provision.

6. The Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by the FOIA.

Date: July 16, 2026

Respectfully submitted,
AARON F. REITZ
United States Attorney

By: */s/ Myra Siddiqui*

Myra Siddiqui
Assistant United States Attorney
Southern District No. 3257790
Texas Bar No. 24106434
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9600
Fax: (713) 718-3300
myra.siddiqui@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 16, 2026, a true and correct copy of the foregoing was filed and served on Plaintiff via email and will be served on Plaintiff via certified mail.

*/s/ Myra Siddiqui*
Myra Siddiqui
Assistant United States Attorney